No. 72–100. MARTIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–103. LLERENA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–106. BRADSHAW *v.* THOMPSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–107. SPEARS *v.* HOUGH. C. A. 8th Cir. Certiorari denied.

No. 72–110. EAGLE STAR INSURANCE GROUP *v.* WALKER, ADMINISTRATOR, ET AL. C. A. 3d Cir. Certiorari denied.

No. 72–112. ZEGERS, INC. *v.* ZEGERS. C. A. 7th Cir. Certiorari denied.

No. 72–113. STERLING DRUG, INC. *v.* SINGER ET VIR. C. A. 7th Cir. Certiorari denied.

No. 72–122. BISHOP, EXECUTRIX *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–123. GUTHRIE *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 72–125. REE ET AL. *v.* MUNICIPAL COURT OF THE LOS ANGELES JUDICIAL DISTRICT, COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–126. BOYER BROS., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 72–127. SHERIS ET AL. *v.* SHERIS CO. ET AL. Sup. Ct. Va. Certiorari denied.